## WILLIAM H. DICK v DORIS DICK

Ohio Appeals, 6th Dist, Williams Co
No 180. Decided April, 1930

Charles E. Scott, Bryan and Russell V. Maxwell for William Dick.

A. L. Gebhard, Bryan and J. Arter Weaver, Bryan, for Doris Dick.

**BY THE COURT**

It is sufficient to say, in answer to the claim made by William H. Dick, that as long as the order fixing the amount stands, it must be complied with, and such order can only be modified by order of court made on application therefor. The order adjudging him to be giulty of contempt and sentencing him therefor, should be affirmed.

Williams, Lloyd and Richards, JJ., concur.